UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOURO INFIRMARY | § § § | CIVIL ACTION |
| v. | § § § § | NO. 07-1441 |
| | § § | JUDGE-SEC.4 |
| AMERICAN MARITIME OFFICER, AMERIHEALTH ADMINISTRATORS AMERIHEALTH NEW JERSEY, BENEFIT PLANNERS LIMITED, L.L.P., BROKERAGE CONCEPTS, INC./UNIVERSAL HEALTH, CORESOURCE INC./SUSQUEHANNA HEALTH, CORSOURCE INC./FORMOSA PLASTICS, GOLDEN RULE INSURANCE COMPANY, GREAT WEST LIFE & ANNUITY, HEALTH NET, INC., HEALTH PLUS OF LOUISIANA, HMA, INC., IATSE LOCAL 39, KAISER FOUNDATION HEALTH PLAN OF COLORADO, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN OF GEORGIA, KAISER FOUNDATION OF SOUTHERN CALIFORNIA, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, KAISER PERMANTE INSURANCE COMPANY, MEDICAL MUTUAL OF OHIO, MUTUAL OF OMAHA, PAN AMERICAN LIFE INSURANCE COMPANY, PACIFICARE HEALTH PLAN ADMINISTRATORS INC., PACIFIC LIFE & ANNUITY COMPANY, THE PERFECTHEALTH INSURANCE COMPANY, PREFERRED MEDICAL CLAIM SOLUTIONS, SHARP HEALTH PLAN, SOUTHWEST LIFE & HEALTH INSURANC COMPANY, UNICARE LIFE & HEALTH INSURANCE COMPANY, AND UNITED OF OMAHA LIFE INSURANCE COMPANY, Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | MAGISTRATE (1) |

**AFFIDAVIT OF THOMAS WEBB**

Thomas Webb, first being duly sworn, deposes and states as follows:

Pa e 1

D/660111.1

Received Time Apr.20. 12:49PM



1. I am the Operations Manager for Kaiser Foundation Health Plan, Inc. (hereinafter "KFHP"), and it is in that capacity that I execute this affidavit on behalf of KFHP. I am over the age of 18 and otherwise competent to testify. Except where specifically stated otherwise, this affidavit is based upon my first-hand knowledge of the operations of KFHP.

2. KFHP is a nonprofit corporation organized under the laws of the State of California, with its principal place of business in Oakland, California.

3. KFHP is properly organized and incorporated and maintains its own independent books and records.

4. KFHP is not the alter ego of any other entity.

5. KFHP does not have any offices or places of business in Louisiana, does not own, use, or possess real or personal property in Louisiana, does not maintain financial accounts in Louisiana, and does not pay taxes in Louisiana.

6. KFHP is not authorized to conduct business in Louisiana and does not conduct business in Louisiana.

7. KFHP has not registered with the Louisiana Secretary of State as a foreign corporation and KFHP does not have a registered agent for service of process in Louisiana.

8. KFHP has no employees or agents who reside or who are employed in Louisiana.

9. KFHP does not have a mailing address or a telephone listing in Louisiana.

10. KFHP does not solicit business in Louisiana.

11. KFHP does not purposefully direct any marketing activities toward Louisiana employers or toward Louisiana residents and does not make offers of coverage to employers based in Louisiana, either from Louisiana or from any other state.

12. KFHP does not sell products or services in Louisiana.

Page 2

D/680111.1

Received Time Apr. 20. 12:49PM

Apr-20-2007  Case 2:07-cv-01441-SSV-KWR   Document 25-3  Filed 04/23/2007   Page 3 of 3

13. KFHP only enrolls individuals who live or work in its service area, which does not include the State of Louisiana.

14. None of the KFHP members referenced in Plaintiff's Petition were entitled to HMO coverage in Louisiana.

Further Affiant sayeth not.

_____
THOMAS WEBB

SUBSCRIBED AND SWORN TO before me on this 20th day of April 2007, to certify which witness my hand and seal of office.


JESSIE RIVERA
COMM. #1446493
Notary Public-California
SAN DIEGO COUNTY
My Comm. Exp. Oct 14, 2007

_____

My Commission Expires: 10/14/07

Page 3

D/680111.1

Received Time Apr-20 12:49PM