UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOURO INFIRMARY | § § § § | CIVIL ACTION |
| v. | § § § | NO. 07-1441 |
| | § § | JUDGE-SEC.4 |
| AMERICAN MARITIME OFFICER, AMERIHEALTH ADMINISTRATORS, AMERIHEALTH NEW JERSEY, BENEFIT PLANNERS LIMITED, L.L.P., BROKERAGE CONCEPTS, INC./UNIVERSAL HEALTH, CORESOURCE INC./SUSQUEHANNA HEALTH, CORSOURCE INC./FORMOSA PLASTICS, GOLDEN RULE INSURANCE COMPANY, GREAT WEST LIFE & ANNUITY, HEALTH NET, INC., HEALTH PLUS OF LOUISIANA, HMA, INC., IATSE LOCAL 39, KAISER FOUNDATION HEALTH PLAN OF COLORADO, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN OF GEORGIA, KAISER FOUNDATION OF SOUTHERN CALIFORNIA, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, KAISER PERMANTE INSURANCE COMPANY, MEDICAL MUTUAL OF OHIO, MUTUAL OF OMAHA, PAN AMERICAN LIFE INSURANCE COMPANY, PACIFICARE HEALTH PLAN ADMINISTRATORS INC., PACIFIC LIFE & ANNUITY COMPANY, THE PERFECTHEALTH INSURANCE COMPANY, PREFERRED MEDICAL CLAIM SOLUTIONS, SHARP HEALTH PLAN, SOUTHWEST LIFE & HEALTH INSURANC COMPANY, UNICARE LIFE & HEALTH INSURANCE COMPANY, AND UNITED OF OMAHA LIFE INSURANCE COMPANY, Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | MAGISTRATE (4) |

AFFIDAVIT OF BETSY FRANKO

Betsy Franko, first being duly sworn, deposes and states as follows:

Page 1

DG680112.1



EXHIBIT B

1. I am Betsy Franko, Regional Controller for Kaiser Foundation Health Plan of Colorado (hereinafter "KFHP Colorado"), and it is in this capacity that I execute this affidavit on behalf of KFHP Colorado. I am over 18 and otherwise competent to testify. Except where specifically stated otherwise, this affidavit is based upon my first-hand knowledge and/or information made available to me regarding the operations of KFHP Colorado.

2. KFHP Colorado is a nonprofit corporation organized under the laws of the State of Colorado, with its principal place of business in Oakland, California.

3. KFHP Colorado is properly organized and incorporated and maintains its own independent books and records.

4. KFHP Colorado is not the alter ego of any other entity.

5. KFHP Colorado does not have any offices or places of business in Louisiana, does not own, use, or possess real or personal property in Louisiana, does not maintain financial accounts in Louisiana, and does not pay taxes in Louisiana.

6. KFHP Colorado is not authorized to conduct business in Louisiana and does not conduct business in Louisiana.

7. KFHP Colorado has not registered with the Louisiana Secretary of State as a foreign corporation and KFHP Colorado does not have a registered agent for service of process in Louisiana.

8. KFHP Colorado has no employees or agents who reside or who are employed in Louisiana.

9. KFHP Colorado does not have a mailing address or telephone listing in Louisiana.

10. KFHP Colorado does not solicit business in Louisiana.

11. KFHP Colorado does not purposefully direct any marketing activities toward Louisiana employers or toward Louisiana residents and does not make offers of coverage to employers based in Louisiana, either from Louisiana or from any other state.

12. KFHP Colorado does not sell products or services in Louisiana.

13. KFHP Colorado only enrolls individuals who live or work in its service area, which does not include the State of Louisiana.

14. The KFHP Colorado member referenced in Plaintiff's Petition was not entitled to HMO coverage in Louisiana.

Further Affiant sayeth not.

_____

SUBSCRIBED AND SWORN TO before me on this 20th day of April 2007, to certify which witness my hand and seal of office.

_____

My Commission Expires:

My Commission Expires:
06/21/2009

D/680112.1

Page 3