UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOURO INFIRMARY | § § § | CIVIL ACTION |
| v. | § § § § | NO. 07-1441 <br><br> JUDGE-SEC.4 |
| AMERICAN MARITIME OFFICER, AMERIHEALTH ADMINISTRATORS AMERIHEALTH NEW JERSEY, BENEFIT PLANNERS LIMITED, L.L.P., BROKERAGE CONCEPTS, INC./UNIVERSAL HEALTH, CORESOURCE INC./SUSQUEHANNA HEALTH, CORSOURCE INC./FORMOSA PLASTICS, GOLDEN RULE INSURANCE COMPANY, GREAT WEST LIFE & ANNUITY, HEALTH NET, INC., HEALTH PLUS OF LOUISIANA, HMA, INC., IATSE LOCAL 39, KAISER FOUNDATION HEALTH PLAN OF COLORADO, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN OF GEORGIA, KAISER FOUNDATION OF SOUTHERN CALIFORNIA, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, KAISER PERMANTE INSURANCE COMPANY, MEDICAL MUTUAL OF OHIO, MUTUAL OF OMAHA, PAN AMERICAN LIFE INSURANCE COMPANY, PACIFICARE HEALTH PLAN ADMINISTRATORS INC., PACIFIC LIFE & ANNUITY COMPANY, THE PERFECTHEALTH INSURANCE COMPANY, PREFERRED MEDICAL CLAIM SOLUTIONS, SHARP HEALTH PLAN, SOUTHWEST LIFE & HEALTH INSURANC COMPANY, UNICARE LIFE & HEALTH INSURANCE COMPANY, AND UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | MAGISTRATE (4) |

### AFFIDAVIT OF KELLY J. WALSH

Kelly J. Walsh, first being duly sworn, deposes and states as follows:

Page 1

D/679883.1



EXHIBIT E

1. I am the Controller for Kaiser Permanente Insurance Company (hereinafter "KPIC"), and it is in that capacity that I execute this affidavit on behalf of KPIC. I am over the age of 18 and otherwise competent to testify. Except where specifically stated otherwise, this affidavit is based upon my first-hand knowledge of the operations of KPIC.

2. KPIC is a health and disability insurer organized under the laws of the State of California, with its principal place of business in Oakland, California.

3. KPIC keeps and maintains all the books and records required of a health and disability insurance company.

4. KPIC is not the alter ego of any other entity.

5. KPIC does not have any offices or places of business in Louisiana, does not own, use, or possess real or personal property in Louisiana, does not maintain financial accounts in Louisiana, and does not pay taxes in Louisiana.

6. KPIC is not authorized to conduct business in Louisiana and does not conduct business in Louisiana.

7. KPIC has not registered with the Louisiana Secretary of State as a foreign corporation and KPIC does not have a registered agent for service of process in Louisiana.

8. KPIC has no employees or agents who reside or who are employed in Louisiana.

9. KPIC does not have a mailing address or telephone listing in Louisiana.

10. KPIC does not solicit business in Louisiana.

11. KPIC does not purposefully direct any marketing activities toward Louisiana employers and does not make offers of coverage to employers based in Louisiana, either from Louisiana or from any other state.

12. KPIC offers its indemnity insurance coverage only in conjunction with the HMO coverage offered by its affiliates Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Health Plan of Georgia, none of which offer HMO coverage in Louisiana.

13. According to KPIC's records, only one of the members listed on the spreadsheet of claims information provided by Touro Infirmary was insured by KPIC. During that insured's term of coverage, the member resided in California and was not entitled to HMO coverage in Louisiana.

Further Affiant sayeth not.

_____
Kelly J. Walsh

SUBSCRIBED AND SWORN TO before me on this 19th day of April 2007, to certify which witness my hand and seal of office.

_____

CAROLYN TORRENTE
Commission # 1646696
Notary Public - California
Alameda County
My Comm. Expires Feb 20, 2010

My Commission Expires:

Page 3

D/679883.1