b.  Upon termination or exclusion as described above, each party promptly shall pay to the other any money due hereunder. KFH shall require the affected Health Plans to advise their Members of the termination of this Agreement, and to use commercially reasonable efforts to withdraw from Members all materials bearing MPI's name and/or logo, and KFH and Health Plans shall immediately cease to otherwise use MPI's name and logo.

c.  In the event of a termination of this Agreement, MPI shall notify MPI Providers of such termination and that KFH and Health Plans are therefore no longer entitled to the benefits of MPI Network access under this Agreement.

d.  MPI will not reprice any claim received by MPI more than ninety days after the termination of this Agreement unless MPI received notice, in accordance with the notice provisions of Section E(2) of this Agreement, that such claim was in dispute, and unless the request to reprice the claim is received by MPI within ten business days of the dispute's resolution. For claims repriced within the 90 day 'run-out period", KFH shall continue to reimburse MPI for such repricing services according to the terms and conditions of this Agreement.

G.  NOTICE

Any notice required to be given by this Agreement shall be in writing and delivered to the other party by hand, or by certified mail with return receipt request, or by facsimile transmission supplemented by overnight delivery, to the party's signatory at the address for the signatory set forth below.

H.  MISCELLANEOUS

1.  This Agreement, with its Exhibits and any other attachments, constitutes the entire agreement between the parties with respect to the subject matter hereof and shall supersede as of its effective date, any previous agreements or understandings on such subject matter, written or oral, between the parties hereto.

2   This Agreement shall not be changed or amended except in writing, signed by both parties hereto. If any term of this Agreement is held by a court to be unenforceable or inoperative, the other terms not subject to such holding shall remain enforceable. This Agreement represents the entire agreement between the parties and shall be governed by California law.

3.  Any unresolved dispute arising under this Agreement shall be submitted to binding arbitration before the American Arbitration Association ("AAA") in accordance with the AAA's then current Commercial Arbitration Rules for a single Arbitrator. All hearings shall be held in San Francisco, California. Arbitration proceedings shall be initiated with appropriate notice to the other party and to AAA in writing within sixty (60) days of the date on which the facts giving rise to the dispute occurred, or reasonably could have been


EXHIBIT G

discovered. The decision or award of the Arbitrator shall be final, and judgment thereon may be entered in any state or federal court of competent jurisdiction within the State of California.

IN WITNESS HEREOF, dully-authorized representatives of the parties have executed this Agreement, below.

MULTIPLAN, INC.
111 Fifth Avenue
New York, NY 10003-1004

By: _____  5/9/02
                    Date

KAISER FOUNDATION HOSPITALS
1800 Harrison Street, 18th floor
Oakland, CA 94612-3497
Attn: Director, National Transplant and Contracting Services

By: _____  4/29/02
Joseph Wm. Hummel          Date
Sr. Vice President, National Contracting and Purchasing